ROBERT J. LIVINGSTON and others, *Appellants, v.* WILLIAM H. WEBB and others, *Respondents.* — Judgment affirmed, with costs, on opinion of LARREMORE, J.

MARIA HOVEY and others, *Respondents, v.* WILLIAM E. DODGE and others, *Appellants.* — Order modified by striking out the part appealed from, without costs.

RICHARD PANCOAST, *Appellant, v.* THE AMERICAN HEATING AND POWER COMPANY and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements.

WILLIAM S. WILLIAMS, *Appellant, v.* DANIEL T. HEDGES, *Respondent, Impleaded, etc.* — Order modified by reducing allowance to each respondent to the sum of $500, and affirmed as modified, without costs.

ELIAS P. WILLIAMS, *Appellant, v.* SARAH A. JARVIS, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

IN THE MATTER OF THE ESTATE OF DAVID M. PEYSON, *Deceased.* — Decree affirmed, with costs.

SHEPHERD F. KNAPP, *Receiver, etc., Appellant, v.* JOHN T. McGOWAN and others, *Respondents.* — Judgment affirmed on the opinion of referee BOSWORTH.

WILLIAM J. BROWN and another, *Appellants, v.* HENRY B. LOCKWOOD, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

JOHN McENROE, *Respondent, v.* JOHN WHITE, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

CHARLES ROTHSCHILD and others, *Respondents, v.* CHARLES WERNER and others, *Appellants.* — Judgment affirmed.

THE MAYOR, ETC., OF THE CITY OF NEW YORK v. THE NATIONAL BROADWAY BANK. — Order reversed, without costs, and with leave to the respondents to accept the stipulation tendered and filed by the appellant within twenty days after service of the order to be entered hereon, if they shall so elect.

EMANUEL M. MORRIS and others, *Respondents, v.* LEVI G. JOSLYN, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

THEODORE BRIERRE and another, *Respondents, v.* WILLIAM H. GIBSON, *Appellant.* — Order modified by striking out the part appealed from, without costs.

EMIL WYLER, *Appellant, v.* PETER BOWE, *Sheriff, etc., Respondent.* — Judgment affirmed, with costs.

WILLIAM E. MARSH, *Respondent, v.* CHARLDS F. CHICKERING and another, *Appellants.* — Judgment affirmed, with costs.

BOLTON HALL and others, *Appellants, v.* THE UNITED STATES REFLECTOR COMPANY, *Respondent.* — Motion for resettlement denied.